UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY LANE,

      Plaintiff,

v.

SBC GLOBAL SERVICES, INC., d/b/a
AT&T,

      Defendant.

No. 13 C 6359
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

Plaintiff Anthony Lane ("Plaintiff") brought this action on September 5, 2013, against his former employer, Defendant SBC Global Services, d/b/a AT&T ("Defendant"), alleging that he was terminated based on race discrimination in violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981.

Defendant took Plaintiff's deposition on February 14, 2014. There is nothing in Plaintiff's deposition that would lead one to believe that this case had any merits under federal law. On April 15, 2014, I ordered Plaintiff to take the deposition of the supervisor who was involved in the decision to terminate his employment. When the parties were before me for status on June 10, 2014, I was informed that Plaintiff had not contacted Defendant's counsel, issued a deposition notice, or made any other effort to depose Plaintiff's supervisor. Twice thereafter, I ordered Plaintiff to depose his supervisor. Plaintiff ignored my request both times.

Plaintiff is unwilling to push forward except possibly on the proposition that this Court would finance the cost of discover y. It appears that no steps will be taken by Plaintiff to investigate his claim and bring evidence to support his claim. I made this clear to Plaintiff and he simply decided not to take the steps he needed to take to proceed with his claim. Therefore, I

1

dismiss this case with prejudice for want of prosecution.

ENTER:

*James B. Zagel*

DATE: November 19, 2014

James B. Zagel
United States District
Judge